582

**Bryan O'Neal BENSON, Plaintiff—
Appellant,**

v.

**PLAZA ASSOCIATES, INCORPORAT-
ED; J. Cooper, Crabtree Police Offi-
cer; Monk, Security Officer; John
Doe, Security Officer, Defendants—
Appellees.**

No. 07–1743.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

Bryan O'Neal Benson, Appellant Pro Se.

Before NIEMEYER, MOTZ, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bryan O'Neal Benson seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
granting Benson leave to proceed in forma
pauperis, dismissing his claim for inten-
tional infliction of emotional distress, and
allowing his 42 U.S.C. § 1983 (2000) claim
to proceed. This court may exercise juris-
diction only over final orders, 28 U.S.C.
§ 1291 (2000), and certain interlocutory
and collateral orders, 28 U.S.C. § 1292
(2000); Fed.R.Civ.P. 54(b); *Cohen v. Bene-
ficial Indus. Loan Corp.*, 337 U.S. 541, 69

S.Ct. 1221, 93 L.Ed. 1528 (1949). The
order Benson seeks to appeal is neither a
final order nor an appealable interlocutory
or collateral order. Accordingly, we dis-
miss the appeal for lack of jurisdiction.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*